**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-000081 |
| VERSUS | JUDGE DONALD E. WALTER |
| ERIC LAMAR SAMUEL (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the oral Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 21) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of December, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE